```
HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITH WAYNE SWYGERT,<br><br>　　　　Defendant. | No. CR. S-13-211 TLN<br><br>STIPULATION AND ORDER TO SCHEDULE MOTION HEARING ON SEPTEMBER 26, 2013, AT 9:30 A.M.; BRIEFING SCHEDULE<br><br>Date:　July 11, 2013<br>Time:　9:00 a.m.<br>Judge: Hon. Troy L. Nunley |

THE PARTIES STIPULATE, through counsel, Michael McCoy, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Swygert, that the Court should vacate the status conference on July 11, 2013, at 9:30 a.m., and schedule a non-evidentiary motion hearing on September 26, 2013, at 9:30 a.m. If the motions require an evidentiary hearing, the parties will schedule it at that time.

Counsel agree that: Mr. Swygert will file his motion to suppress on or before August 15, 2013; the government will oppose on or before September 12, 2013; and, Mr. Swygert may file an optional reply on or before September 19, 2013.

/ / /

STIPULATION AND ORDER　　　　　　　　　1　　　　　　　　　　　CR. S-13-211 TLN

1  The parties stipulate that the Court should exclude the period
2 from the date of this order through September 26, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Swygert's request for time to prepare and to file motions outweighs the
7 best interest of the public and Mr. Swygert in a speedy trial, and that
8 this is an appropriate exclusion of time for defense preparation within
9 the meaning of 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and
10 3161(h)(1)(D) (Local Code E).

11 Dated: July 8, 2013                    Respectfully submitted,

12                                        HEATHER E. WILLIAMS
                                         Federal Defender
13
                                         /s/ M.Petrik
14                                        _____
15                                        MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender

16 Dated: July 8, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney
17
                                         /s/ M.Petrik for
18                                        _____
                                         MICHAEL McCOY
19                                        Assistant U.S. Attorney

28 STIPULATION AND ORDER                  2                    CR. S-13-211 TLN

**ORDER**

**IT IS SO ORDERED.** A motion hearing is scheduled on September 26, 2013, at 9:30 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 26, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

DATED: July 10, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                3                CR. S-13-211 TLN