BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00211 TLN |
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE; AND ORDER |
| v. | |
| KEITH WAYNE SWYGERT, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On August 15, 2013, the defendant filed a Motion to Suppress Evidence.

2. By previous order, the government's response to the defendant's motion is due on September 20, 2013.

3. By this stipulation, the government requests an additional three days, until September 23, 2013, to file its response to the defendant's motion.

///

///

///

///

1

4. If granted, this extension of time to respond will not impact or require any changes to the remainder of the current briefing schedule for the defendant's Motion to Suppress Evidence, which is as follows:

    Defendant's optional reply:    October 3, 2013

    Non-evidentiary motion hearing:    October 10, 2013.

5. The undersigned has contacted counsel for the defendant, who has indicated that he has no objection to the government's request for an additional three days to respond to the defendant's motion.

IT IS SO STIPULATED.

DATED:   September 20, 2013

/s/ Michael D. McCoy
MICHAEL D. McCOY
Assistant United States Attorney

DATED:   September 20, 2013

/s/ Michael Petrik, Jr..
MICHAEL PETRIK, JR.
Counsel for Defendant KEITH WAYNE SWYGERT
Per e-mail authorization

**O R D E R**

IT IS SO FOUND AND ORDERED this 23rd day of September, 2013.

_____
Troy L. Nunley
United States District Judge