1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            Case No. 2:13-cr-211 TLN
                                       )
11              Plaintiff,             ) STIPULATION AND ORDER TO CONTINUE
                                       ) STATUS CONFERENCE AND TO EXCLUDE
12      v.                             ) TIME
                                       )
13  KEITH WAYNE SWYGERT,               ) Date:   January 16, 2014
                                       ) Time:   9:30 a.m.
14              Defendant.             ) Judge:  Hon. Troy L. Nunley
                                       )
15

16         The parties stipulate, through respective counsel, that the Court should continue the status

17  conference set for January 16, 2014, at 9:30 a.m., to January 23, 2014, at 9:30 a.m.

18         Counsel requires further time to review a recently received proposed plea agreement with

19  Mr. Swygert.

20         Counsel and the defendant agree that the Court should exclude time from January 16,

21  2014, through January 23, 2014, when it computes the time within which trial must commence

22  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

    Stipulation to Continue                  -1-                                    13-211 TLN

1        Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial

3    DATED: January 14, 2014             HEATHER E. WILLIAMS
                                           Federal Defender

4

5                                             /s/ M.Petrik_____
                                         MICHAEL PETRIK, Jr.

6                                             Assistant Federal Defender

7    DATED: January 14, 2014             BENJAMIN B. WAGNER
                                           United States Attorney

8

9                                             /s/ M.Petrik for_____
                                         MICHAEL D. McCOY

10                                            Assistant U.S. Attorney

11                               **O R D E R**

12       The Court, having received, read, and considered the stipulation of the parties, and good

13   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

14   that the failure to grant a continuance in this case would deny defense counsel reasonable time

15   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16   finds that the ends of justice served by granting the continuance outweigh the best interests of the

17   public and defendant in a speedy trial.

18       The Court orders the status conference rescheduled for January 23, 2014, at 9:30 a.m.

19   The Court orders the time from the date of the parties stipulation, up to and including January 23,

20   2014, excluded from computation of time within which the trial of this case must commence

21   under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

22   Dated: January 15, 2014

23

24

25                                  _____
                              Troy L. Nunley

26                                  United States District Judge

27

28